UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>FELIX ORTIZ,<br><br>Defendant. | 21 Cr. 20 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

An arraignment and initial conference is hereby scheduled for January 29, 2021, at 9:00 a.m., with a backup time of 11:00 a.m.  The conference will proceed via video conference, the date and time will be confirmed the week before the conference, and instructions for accessing the conference will be provided separately.

SO ORDERED.

Dated:   January 14, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge