**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 29, 2021

**BY ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Felix Ortiz**
      **21 Cr. 20 (KPF)**

Dear Judge Failla:

    I write, with the consent of the Government, to respectfully request an adjournment of approximately 60 days of the pretrial conference in the above captioned matter currently scheduled for April 6, 2021. Additional time is requested to allow for the continuing review of discovery and to explore the possibility of a pretrial disposition with the Government. Mr. Ortiz consents to the exclusion of time pursuant to the Speedy Trial Act.

                                                Respectfully submitted,

                                                */s/ Amy Gallicchio*

                                                _____
                                                Amy Gallicchio
                                                Assistant Federal Defender
                                                Office: (212) 417-8728
                                                Cell: (917) 612-3274

cc:   AUSA Sarah Kushner

Application GRANTED.  The conference scheduled for April 6, 2021, is hereby ADJOURNED to June 15, 2021, at 2:00 p.m.  The parties shall inform the Court on or by June 1, 2021, whether they intend to request an in-person or remote conference.

It is further ORDERED that time is excluded under the Speedy Trial Act between April 6, 2021, and June 15, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions and permit the parties to consider a pre-trial disposition.

Dated:     March 30, 2021         SO ORDERED.
           New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE