**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 23, 2021

**BY ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re:   **United States v. Felix Ortiz**
      **21 Cr. 20 (KPF)**

Dear Judge Failla:

    I write, with the consent of the Government, to respectfully request that the Court adjourn the suppression hearing in the above captioned matter, currently scheduled for October 15, 2021, to December 16, 2021 at 10:00 a.m., a date and time that I understand the Court and all parties are available.

    I request this adjournment because I am scheduled to begin a trial on September 29, 2021, before the Honorable Sidney H. Stein, that is expected to last into the week of October 11, 2021, thereby impacting my ability to adequately prepared for the hearing as currently scheduled.

    Mr. Ortiz consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Sarah Kushner

Application GRANTED. It is further ORDERED that time is excluded under the Speedy Trial Act between October 15, 2021 and December 16, 2021. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit defense counsel to continue to review discovery and to adequately prepare to represent defendant at the pretrial hearing scheduled in this matter.

Date:    September 24, 2021        SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE