UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>FELIX ORTIZ,<br><br>                              Defendant. | 21 Cr. 20 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons discussed on the record during the conference of December 16, 2021, Defendant's motion to suppress is DENIED. The Clerk of Court is directed to terminate the pending motion at docket entry 19.

SO ORDERED.

Dated:   December 16, 2021
         New York, New York

*Katherine Polk Failla*

          KATHERINE POLK FAILLA
          United States District Judge