**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

*David E. Patton*
Executive Director
and Attorney-in-Chief

*Southern District of New York*
*Jennifer L. Brown*
Attorney-in-Charge

January 20, 2022

**BY ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Re:   United States v. Felix Ortiz**
       **21 Cr. 20 (KPF)**

Dear Judge Failla:

    On January 19, 2022, the Court issued an Order directing the parties to appear on January 25, 2022 for a Bail Review Hearing in the above referenced matter. Unfortunately, I am unavailable to appear in person that day and, therefore, in accordance with the Court's and the parties' schedules, I respectfully request that the hearing be adjourned to February 11, 2022, at 11:00 am.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Sarah Kushner

---

Application GRANTED. The conference scheduled for January 25, 2022, is hereby ADJOURNED to February 11, 2022, at 11:00 a.m. The Clerk of Court is directed to terminate the pending motion at docket entry 31.

Date:  January 21, 2022
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE