**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

March 22, 2022

**BY ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Felix Ortiz**
      **21 Cr. 20 (KPF)**

**MEMO ENDORSED**

Dear Judge Failla:

    I write, with the consent of the Government, to request a short adjournment of the pretrial conference in the above captioned matter currently scheduled for March 25, 2022. Additional time is requested to allow undersigned counsel and Mr. Ortiz to discuss and prepare for a possible disposition.

    I, therefore, respectfully request an adjournment to April 12, 2022, at 2:30 p.m., a date and time when I understand the Court and the Government is available.

    Mr. Ortiz consents to the exclusion of time pursuant to the Speedy Trial Act.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc:   AUSA Sarah Kushner

Application GRANTED. The pretrial conference scheduled for March 25, 2022, is hereby ADJOURNED to April 12, 2022, at 2:30 p.m.

Further, it is ORDERED that time shall be excluded under the Speedy Trial Act between March 25, 2022, and April 12, 2022. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit the parties to consider a pre-trial disposition of this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 33.

Dated:     March 23, 2022              SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE