**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 22, 2022

**BY ECF**
Honorable Katherine P. Failla
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: **United States v. Felix Ortiz**
    **21 Cr. 20 (KPF)**

Dear Judge Failla:

I write, with the consent of the Government, to request a 30-day adjournment of the sentencing hearing in the above captioned matter currently scheduled for July 12, 2022. Additional time is needed for the completion of a reentry plan and the preparation of the defense sentencing submission, presently due on June 28, 2022.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____
Amy Gallicchio
Assistant Federal Defender
Office: (212) 417-8728
Cell: (917) 612-3274

cc: AUSA Sarah Kushner

Application GRANTED.  Mr. Ortiz's sentencing currently scheduled for July 12, 2022, is hereby ADJOURNED to **August 18, 2022, at 3:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The defense sentencing submission shall be due two weeks prior to this date, and the government sentencing submission shall be due one week before this date.

The Clerk of Court is directed to terminate the pending motion at docket entry 40.

Dated:     June 23, 2022            SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE