UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>FELIX ORTIZ,<br><br>                              Defendant. | 21 Cr. 20 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to attend a conference on May 11, 2023, at 12:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  April 28, 2023
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge